**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>INTERIOR SPECIALTY CONSTRUCTION,<br><br>Defendant. | Adv. Proc. No. 25-50147 (KBO)<br><br>**Re: Adv. D.I. 1** |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Interior Specialty Construction (the "Defendant"), hereby stipulate as follows:

1.      Plaintiff filed its complaint against Defendant on February 11, 2025 [Adv. D.I. 1] (the "Complaint").

2.      This Court issued the summons to the Complaint on April 22, 2025 [Adv. D.I. 3].

3.      Defendant's deadline to respond to the Complaint is May 22, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

-2-

4.      The parties agree that Defendant shall have through and including June 20, 2025,

to answer or otherwise plead to the Complaint.


Dated: May 23, 2025

| **SAUL EWING LLP** | **BARCLAY DAMON LLP** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Ilan Markus* |
| Evan T. Miller (DE Bar No. 5364) | Ilan Markus |
| Paige N. Topper (DE Bar No. 6470) | 545 Long Wharf Drive |
| 1201 N. Market Street, Suite 2300 | Ninth Floor |
| Wilmington, DE 19801 | New Haven, CT 06511 |
| Telephone: (302) 421-6800 | Telephone (203) 672-2661 |
| evan.miller@saul.com | Facsimile (203) 654-3265 |
| paige.topper@saul.com | IMarkus@barclaydamon.com |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

55631420.1 05/23/2025