# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br>v.<br><br>INTERIOR SPECIALTY CONSTRUCTION,<br><br>Defendant. | Adv. Proc. No. 25-50147 (KBO)<br><br><br><br>Re: Adv. D.I. 1 |

## CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire, certify that I caused one true and correct copy of

***Defendant's Answer To Complaint For Avoidance And Recovery Of Transfers Pursuant To 11 U.S.C. §§ 547, 548, & 550 And To Disallow Claims Pursuant To 11 U.S.C. § 502*** to be sent

on July 21, 2025, in the matter indicated to the following:

<u>VIA E-MAIL ONLY</u>

Evan T. Miller, Esquire
Paige N. Topper, Esquire
SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
evan.miller@saul.com
paige.topper@saul.com

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

1

2

Dated: July 21, 2025

        **LAW OFFICE OF SUSAN E. KAUFMAN, LLC**

        */s/ Susan E. Kaufman*
        Susan E. Kaufman, (DSB# 3381)
        919 North Market Street, Suite 460
        Wilmington, DE 19801
        (302) 472-7420
        (302) 792-7420 Fax
        skaufman@skaufmanlaw.com

        *Counsel for Defendant Interior Specialty Construction, Inc.*