# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:** | ) Bankruptcy Case No.: 23−10253−KBO |
| Akorn Holding Company LLC | ) Bankruptcy Chapter: 7 |
|     Debtor | ) |
| _____ | ) |
| George Miller | ) |
| | ) |
|     Plaintiff | ) Adv. Proc. No.:  25−50147−KBO |
|     vs. | ) |
| Interior Specialty Construction | ) |
|     Defendant | ) |

### ORDER ASSIGNING ADVERSARY PROCEEDING TO MEDIATION AND APPOINTING MEDIATOR

    Pursuant to this Court's Local Rule 9019−5, George Miller , Plaintiff(s) and the above named Defendant(s) (collectively, the "Parties"), are directed to mediation to attempt to resolve disputes by and between the Parties relative to the above−captioned adversary proceeding. Upon the foregoing, it is hereby

    **ORDERED** that this matter is scheduled for  Mediation ; and it is further

    **ORDERED** that the above−captioned adversary proceeding is hereby assigned to mediation; and it is further

    **ORDERED** that the costs of the mediation shall be paid by the bankruptcy estate, or if there is no bankruptcy estate, by the plaintiff in the adversary proceeding, or as directed by the Court, or as indicated in the Stipulation to Appoint a Mediator; and it is further

    **ORDERED** that:

      (a) If the parties have stipulated to entry of this order, David M Banker , who has been selected by the parties is appointed the mediator in this adversary proceeding; or,

      (b) If the parties have not stipulated to entry of this order, the court appoints , who is a mediator from the Register of Mediators of the United States Bankruptcy Court for the District of Delaware, as the mediator in this adversary proceeding; and it is further

    **ORDERED** that this mediation shall be conducted in accordance with the Local Rules of the United States Bankruptcy Court of the District of Delaware; and it is further

    **ORDERED** that all deadlines as defined in the Order Establishing Streamlined Procedures Governing Procedures entered 6/11/2025 shall apply.

Date:  10/6/25

*Ka B. O*

Karen B Owens
Bankruptcy Judge

(VAN−447)

United States Bankruptcy Court
District of Delaware

Miller,

    Plaintiff

Adv. Proc. No. 25-50147-KBO

Interior Specialty Construction,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 06, 2025 | Form ID: van447 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David M Banker, 950 Third Ave, Suite 2400, 950 Third Ave, Suite 2400, 950 Third Ave, Suite 2400, New York, NY 10022-2885 |
| aty | + | Ilan Markus, Barclay Damon LLP, 545 Long Wharf Drive, 9th Floor, New Haven, CT 06511-5960 |
| md | + | David M Banker, Womble Bond Dickinson (US) LLP, 950 Third Ave, Suite 2400, New York, NY 10022-2885 |
| pla | + | George Miller, c/o Saul Ewing LLP, 1201 N. Market Street, Suite 2300, PO Box 1266, Wilmington, DE 19899-1266 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Evan T. Miller | on behalf of Plaintiff George Miller evan.miller@saul.com robyn.warren@saul.com;sean.kenny@saul.com |
| Michelle G. Novick | on behalf of Plaintiff George Miller michelle.novick@saul.com |
| Paige Noelle Topper | on behalf of Plaintiff George Miller paige.topper@saul.com cassandra.joyner@saul.com |
| Steven C. Reingold | on behalf of Plaintiff George Miller steven.reingold@saul.com michele.urann@saul.com |

District/off: 0311-1

Date Rcvd: Oct 06, 2025

User: admin

Form ID: van447

Page 2 of 2

Total Noticed: 4

Susan E. Kaufman

on behalf of Defendant Interior Specialty Construction skaufman@skaufmanlaw.com

Turner Falk

on behalf of Plaintiff George Miller turner.falk@saul.com  tnfalk@recap.email

TOTAL: 6