IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| George L. Miller, the Chapter 7 trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>Interior Specialty Construction, Inc., | Adv. No. 25-50147 |

## MEDIATOR'S CERTIFICATION OF COMPLETION

The undersigned mediator reports that mediation began with counsel prior to the formal session scheduled for October 16, 2025, and the matter has been resolved in the following manner:

    (a)    The following individuals participated:

        (1)    Parties (name and capacity): N/A

        (2)    Counsel (name and party representing)

            Evan T. Miller, Saul Ewing LLP, 1201 N. Market Street, Suite 2300 P.O. Box 1266, Wilmington, DE 19899 – Counsel for Plaintiff

            Ilan Markus, Barclay Damon LLP, 545 Long Wharf Drive, 9th Floor, New Haven, CT 06511 – Counsel for the Defendant

    (b)    The following parties failed to appear and/or participate as ordered:  N/A

(c)     The outcome of the mediation conference was:

__X__    The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and Rule 9019 motion (if required) within twenty (20) days of the conference.

_____    The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____    The following issues remain for this court to resolve:
_____    The matter has not been resolved and should proceed to trial.
_____    OTHER:

Dated:  October 13, 2025            By:  /s/ David M. Banker
                                    David M. Banker
                                    888 Seventh Avenue, 38th Floor
                                    New York, NY 10106
                                    Phone: (332) 258-8400